1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH M. COOK
   Special Asst. U.S. Attorney
3  State Bar No. 258534
   631 Coyote Street
4  Nevada City, CA 95949
   Telephone: (530) 265-4531

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America,<br><br>                              Plaintiff,<br><br>v.<br><br>Brian Patrick Zimmerman,<br><br>                              Defendant. | 3:16-cr-0005 CKM<br><br>**GOVERNMENT'S MOTION TO DISMISS THE CRIMINAL COMPLAINT AND PROPOSED ORDER** |
|---|---|

The government moves to dismiss criminal complaint 3:16-mj-003 CKM, without prejudice, in the furtherance of justice.

Dated:  October  19, 2016                                    Respectfully Submitted,

                                                             Phillip A. Talbert
                                                             United States Attorney

                                                             */s/Joseph M. Cook*
                                                             JOSEPH M. COOK
                                                             Special Asst. United States Attorney

It is so ordered,

Dated:  October 20, 2016

                                                             _____
                                                             CRAIG M. KELLISON
                                                             UNITED STATES MAGISTRATE JUDGE